Michael J

THE STATE 
 OF SOUTH CAROLINA
In The Court 
 of Appeals

 
 
 
The
State,        Respondent,                                                                                           

 
 
 

v.

 
 
 
Stafford Kearse,
Jr.,        Appellant.
 
 
 

Appeal from 
 Bamberg County
William P. Keesley, 
 Circuit Court Judge

Unpublished 
 Opinion No. 2003-UP-532
Submitted May 
 30, 2003  Filed September 4, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy 
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Charles 
 H. Richardson, all of Columbia;  and Solicitor Barbara R. Morgan, of Aiken, 
 for Respondent.
 
 
 

PER CURIAM:  Stafford Kearse, Jr., appeals his 
 plea of guilty to first-degree criminal sexual conduct and kidnapping.  The 
 judge sentenced Kearse to thirty years imprisonment for each offense.  The sentences 
 were to be served concurrently. 
Pursuant to Anders v. California, 386 U.S. 
 738 (1967), counsel for Kearse attached to the final brief a petition to be 
 relieved as counsel, stating she had reviewed the record and concluded Kearses 
 appeal of his guilty plea is without legal merit sufficient to warrant a new 
 trial.  Kearse did not file a separate pro se response.
After a thorough review of the record pursuant 
 to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved.
APPEAL DISMISSED.
HEARN, C.J., CONNOR and ANDERSON,
JJ., concur.